# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC



Michael S. Lamonsoff, Esq.○△
Seth J. MacArthur, Esq.○
Ryan J. Lawlor, Esq.○△▫
Joseph E. Gorczyca, Esq.○△
Stacey Haskel, Esq.*
Darren T. Moore, Esq.△

Matthew Shroyer, Esq.○△
John M. Intili, Esq. ◊*
Matthew J. Duell, Esq.
Albert K. Kim, Esq. *
John G. Papadopoulos, Esq.*○△◊

_____

Also Admitted in
○E.D.N.Y.
△S.D.N.Y
▫ United States Court of Appeals 2nd Circuit
◊ NJ Federal Court
*Also admitted in New Jersey

_____

ALL CORRESPONDENCE
TO NEW YORK OFFICE

www.msllegal.com

December 3, 2015

<u>Via ECF</u>
Hon. Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Jordan v. City of New York</u><br>15-cv-515 (ARR)

Your Honor:

  I write in response to the Court's Order issued earlier this evening. I can report that this case was settled in principle in July of this year and that executed settlement paperwork was delivered to the City Law Department in August. The settlement check was received on November 19, 2015. The failure to communicate with the Court is inexcusable and I sincerely apologize. I request only that my client, Andrew Jordan, be excused from appearing on December 9.

                    Respectfully,

                    /s

                    Matthew Shroyer

**LAW OFFICE OF MICHAEL S. LAMONSOFF, PLLC**
Financial Square at 32 Old Slip, New York, NY 10005
msllegal.com