**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: __Dec. 9, 2015__
START: __9:30 a.m.__
END: __10:00 a.m__

DOCKET NO: ____15-CV-515 (ARR)_____

CASE: _____Jordan v. City of New York, et al._____

☐ INITIAL CONFERENCE         ☑ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE       ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE      ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING             ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | (excused) |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Pernell Telfort |
|  | Okwede Okoh |
|  | Kimberly Joyce (supervisor) |

☐ _____DISCOVERY TO BE COMPLETED BY_____
☐ NEXT _____ CONFERENCE SCHEDULED FOR_____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY:_____   DEF. TO SERVE PL. BY:_____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Mr. Telfort is admonished for ignoring court orders and deadlines. His supervisor furnishes the Court with the parties' stipulation of discontinue. The Court will not impose sanctions